AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| PROTENG DISTRIBUTION, INC., a Florida Corporation, <br><br> *Plaintiff(s)* <br> v. <br> PROTENG GROUP, LLC, a Minnesota LLC; and <br> FILIP TRINER, an individual <br><br> *Defendant(s)* | Civil Action No. 9:25-cv-80373-AMC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  FILIP TRINER
9160 BROCKTON LN N
MAPLE GROVE, MN 55311-1160

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Averil K. Andrews
ALLEN VELLONE WOLF HELFRICH & FACTOR P.C.
1600 Stout Street, Suite 1900
Denver, CO 80202
Telephone: (303) 534-4499
E-mail: aandrews@allen-vellone.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 03/21/2025



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Clifford Charles*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| PROTENG DISTRIBUTION, INC., a Florida Corporation, | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 9:25-cv-80373-AMC |
| PROTENG GROUP, LLC, a Minnesota LLC; and FILIP TRINER, an individual | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  PROTENG GROUP, LLC
c/o Filip Triner or Roman Malovec
1724 Lake Drive W
Chanhassen, MN 55317– 8580

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Averil K. Andrews
ALLEN VELLONE WOLF HELFRICH & FACTOR P.C.
1600 Stout Street, Suite 1900
Denver, CO 80202
Telephone: (303) 534-4499
E-mail: aandrews@allen-vellone.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  03/21/2025



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Clifford Charles*

Deputy Clerk
U.S. District Courts